IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID CRAWLEY,                              )
                                            )
                        Plaintiff,          )
                                            )
            v.                              )        Civil Action No. 20-306
                                            )
VIACOM CBS INC., KDKA-TV,                   )
and WPCW-TV,                                )
                                            )
                        Defendants.         )

## JUDGMENT ORDER

AND NOW, this 29th day of July, 2022, the Court having granted summary judgment in favor of Defendants as to Counts I-IV of Plaintiff's Amended Civil Complaint, and having dismissed Count V of Plaintiff's Amended Civil Complaint without prejudice to Plaintiff's ability to file such claim in state court, by separate Memorandum Opinion and Order of Court on this date,

IT IS FURTHER ORDERED that final judgment of this Court is entered against Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record